# EXHIBIT A

**Nima Gharavi**

---

| | |
|---|---|
| **From:** | YouTube <no-reply@youtube.com> |
| **Sent:** | Thursday, May 25, 2023 8:05 AM |
| **To:** | illinois-wrestl-2121@pages.plusgoogle.com |
| **Subject:** | Some of your videos have been taken down from YouTube |



Hi Midwest Wrestle,

Due to a copyright takedown notice that we received, we had to take down the following videos from YouTube:

**Video title:** 133 – Lucas Byrd {G} University of Illinois vs. Jesse Mendez {R} Ohio State University
**Video url:** https://www.youtube.com/watch?v=HKWFc0S2qxw
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 125 – Anthony Walker {G} Central Michigan University vs. Luke Acuna {R} of Ashland University
**Video url:** https://www.youtube.com/watch?v=O5wLyGUXBK0
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 141 – William Grater {G} Central Michigan University vs. Danny Pucino {R} University of Illinois
**Video url:** https://www.youtube.com/watch?v=kSb01HKv9qc
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 133 – Lucas Byrd {G} University of Illinois vs. Gavin Ritter {R} University of Findlay
**Video url:** https://www.youtube.com/watch?v=wXQQ7SGG5NA
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**EXHIBIT A**

**Video title:** 141 – Jack Severin {G} University of Wisconsin vs. Jimmy Nugent {R} Central Michigan University
**Video url:** https://www.youtube.com/watch?v=z6Wx0gLIRF0
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 133 – Mason Brugh {G} Ohio University vs. Garett Lautzenheiser {R} Ohio State University
**Video url:** https://www.youtube.com/watch?v=1rUSShGskaA
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 125 – Malachi O'Leary {G} Ohio University vs. Brendan McCrone {R} Ohio State University
**Video url:** https://www.youtube.com/watch?v=63xf5kBQGAo
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 133 – Brian Beers {G} University of Illinois vs. Dylan Coy {R} University of Wisconsin
**Video url:** https://www.youtube.com/watch?v=btj7af3ELo4
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 149 – Josh Howey {G} Unattached (Lake Erie College) vs. Aiden Smith {R} Northern Illinois University
**Video url:** https://www.youtube.com/watch?v=fZsGwk8Qb6A
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 141 – Carsen Richards {G} of Lake Erie College vs. Ashton Anderson {R} University of Findlay
**Video url:** https://www.youtube.com/watch?v=ud8_sW4PMWg
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

This means that your video can no longer be played on YouTube.

## You received a copyright strike

You now have **2 copyright strikes**. If you get one more copyright strike, we'll have to disable your account. To prevent that from happening, please don't upload videos containing copyrighted content that you aren't allowed to use.

VIEW DETAILS

## What to do next

- If you believe you're not at fault in one or more of the instances above, you can appeal this takedown by submitting a counter notification. Keep in mind that there may be severe legal consequences for submitting a counter notification with false information.

- You can also contact the party that removed your video and ask them to retract their takedown.

Sincerely,
The YouTube team

---

You received this email to provide information and updates around your YouTube channel or account.



© 2023 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**Nima Gharavi**

---

| | |
|---|---|
| **From:** | YouTube <no-reply@youtube.com> |
| **Sent:** | Thursday, May 25, 2023 5:20 PM |
| **To:** | illinois-wrestl-2121@pages.plusgoogle.com |
| **Subject:** | Your YouTube Account will be disabled in 7 days |



Hi Midwest Wrestle,

Due to a copyright takedown notice that we received, we had to take down the following videos from YouTube:

**Video title:** 132 – Logan Rozynski {G} of New Jersey vs. Trevor Husick {R} of Pennsylvania
**Video url:** https://www.youtube.com/watch?v=0WMTqDCL3Qw
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 120 – Lucas Barry {G} of Missouri vs. Paul Kelly {R} of California
**Video url:** https://www.youtube.com/watch?v=7f72u9aaofw
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 138 – Cole Rhemrev {G} of Illinois vs. Jake Niffenegger {R} of Ohio
**Video url:** https://www.youtube.com/watch?v=NG5OZwCMP30
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 120 – Robert Pavlek {G} of Pennsylvania vs. Ian Radintz {R} of Wisconsin
**Video url:** https://www.youtube.com/watch?v=j6jp_zFKJ74
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 126 – Emilio Trujillo-Deen {G} of Colorado vs. Markel Baker {R} of Illinois
**Video url:** https://www.youtube.com/watch?v=pcQ06l3OOqI
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 133 – Lucas Byrd {G} University of Illinois vs. Jesse Mendez {R} Ohio State University
**Video url:** https://www.youtube.com/watch?v=HKWFc0S2qxw
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 125 – Anthony Walker {G} Central Michigan University vs. Luke Acuna {R} of Ashland University
**Video url:** https://www.youtube.com/watch?v=O5wLyGUXBK0
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 141 – William Grater {G} Central Michigan University vs. Danny Pucino {R} University of Illinois
**Video url:** https://www.youtube.com/watch?v=kSb01HKv9qc
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 133 – Lucas Byrd {G} University of Illinois vs. Gavin Ritter {R} University of Findlay
**Video url:** https://www.youtube.com/watch?v=wXQQ7SGG5NA
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 141 – Jack Severin {G} University of Wisconsin vs. Jimmy Nugent {R} Central Michigan University
**Video url:** https://www.youtube.com/watch?v=z6Wx0gLIRF0
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 120 – Coleman Nogle {G} of Maryland vs. Mason Kernan {R} of Pennsylvania
**Video url:** https://www.youtube.com/watch?v=AGHqFKZGhF4

**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 113 – Kaden Naame {G} of New Jersey vs. Matthew Marlow {R} of New York
**Video url:** https://www.youtube.com/watch?v=HO7vsrei8d0
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 126 – Billy Meiszner {G} of Illinois vs. Cory Land {R} of Alabama
**Video url:** https://www.youtube.com/watch?v=ZoKRueR03ec
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 126 – Kannon Webster {G} of Illinois vs. Vincent Robinson {R} of Illinois
**Video url:** https://www.youtube.com/watch?v=fbtuaijd_UY
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 113 – Christian Guzman {G} of Florida vs. Christian Davis {R} of Arizona
**Video url:** https://www.youtube.com/watch?v=iZBlvUkBXXg
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 133 – Mason Brugh {G} Ohio University vs. Garett Lautzenheiser {R} Ohio State University
**Video url:** https://www.youtube.com/watch?v=1rUSShGskaA
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 125 – Malachi O'Leary {G} Ohio University vs. Brendan McCrone {R} Ohio State University
**Video url:** https://www.youtube.com/watch?v=63xf5kBQGAo
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 133 – Brian Beers {G} University of Illinois vs. Dylan Coy {R} University of Wisconsin
**Video url:** https://www.youtube.com/watch?v=btj7af3ELo4

3

**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 149 – Josh Howey {G} Unattached (Lake Erie College) vs. Aiden Smith {R} Northern Illinois University
**Video url:** https://www.youtube.com/watch?v=fZsGwk8Qb6A
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

**Video title:** 141 – Carsen Richards {G} of Lake Erie College vs. Ashton Anderson {R} University of Findlay
**Video url:** https://www.youtube.com/watch?v=ud8_sW4PMWg
**Contact info:** connor.jaschen@flosports.tv
**Takedown issued by:** FloSports

This means that your video can no longer be played on YouTube.

## You received a copyright strike

You now have **4 copyright strikes**. As a result, your account is scheduled to be disabled in 7 days.

VIEW DETAILS

## What to do next

Your channel will remain live for the next 7 days to allow you to seek a resolution and keep your channel up.

- If you believe you're not at fault in one or more of the instances above, you can appeal by submitting a counter notification. Your account will not be terminated while your counter notification is in processing. Keep in mind that there may be severe legal consequences for submitting a counter notification with false information.

- You can also contact the party that removed your video and ask them to retract their takedown.

During this time, you will not be able to upload new videos and strikes on your account will not expire.

Sincerely,
The YouTube team

---

You received this email to provide information and updates around your YouTube channel or account.



© 2023 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**Nima Gharavi**

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+1yts8d6t70x2k0q@google.com> |
| **Sent:** | Thursday, January 18, 2024 5:47 AM |
| **To:** | Nima Gharavi |
| **Subject:** | CCB Docket Number 23-CCB-0215 |

Hello,

Thank you for your message.

Below is the full copy of the takedown notice in question.

[BEGIN COPY OF NOTICE]

# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- o Copyright Owner Name (Company Name if applicable): FloSports
- o Your Full Legal Name (Aliases, usernames or initials not accepted): Connor Jaschen
- o Your Title or Job Position (What is your authority to make this complaint?): Social Media Specialist
  - ▪
- o Username: FloWrestling
- o Email Address: connor.jaschen@flosports.tv
- o

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=1rUSShGskaA
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 133 lbs Cons. Round 3 - Mason Brugh, Ohio University vs Garett Lautzenheiser, Ohio State
    - Source of video: https://www.flowrestling.org/video/8228720-133-lbs-cons-round-3-mason-brugh-ohio-university-vs-garett-lautzenheiser-ohio-state
    - Type of video: Sports broadcast
    - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=63xf5kBQGAo
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 125 lbs 1st Place Match - Malachi O`Leary, Ohio University vs Brendan McCrone, Ohio State
    - Source of video: https://www.flowrestling.org/video/8230353-125-lbs-1st-place-match-malachi-oleary-ohio-university-vs-brendan-mccrone-ohio-state
    - Type of video: Sports broadcast
    - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=HKWFc0S2qxw
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 133 lbs 1st Place Match - Lucas Byrd, Illinois vs Jesse Mendez, Ohio State
    - Source of video: https://www.flowrestling.org/video/8231760-133-lbs-1st-place-match-lucas-byrd-illinois-vs-jesse-mendez-ohio-state
    - Type of video: Sports broadcast
    - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=O5wLyGUXBK0

2

- o Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 125 lbs Cons. Round 2 - Anthony Walker, Central Michigan vs Luke Acuna, Ashland University
  - Source of video: https://www.flowrestling.org/video/8228023-125-lbs-cons-round-2-anthony-walker-central-michigan-vs-luke-acuna-ashland-university
  - Type of video: Sports broadcast
  - Where does the content appear? Entire video

- o URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=btj7af3ELo4
- o Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 133 lbs Cons. Semi - Dylan Coy, University Of Wisconsin vs Brian Beers, Illinois
  - Source of video: https://www.flowrestling.org/video/8229586-133-lbs-cons-semi-dylan-coy-university-of-wisconsin-vs-brian-beers-illinois
  - Type of video: Sports broadcast
  - Where does the content appear? Entire video

- o URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=fZsGwk8Qb6A
- o Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 149 lbs Champ. Round 1 - Aiden Smith, Northern Illinois University vs Josh Howey, Lake Erie
  - Source of video: https://www.flowrestling.org/video/8226460-149-lbs-champ-round-1-aiden-smith-northern-illinois-university-vs-josh-howey-lake-erie
  - Type of video: Sports broadcast
  - Where does the content appear? Entire video

- o URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=kSb01HKv9qc
- o Describe the work allegedly infringed: My company, organization or client's video

- ▪ Title of video: 141 lbs Champ. Round 2 - Danny Pucino, Illinois vs William Grater, Central Michigan
- ▪ Source of video: https://www.flowrestling.org/video/8226956-141-lbs-champ-round-2-danny-pucino-illinois-vs-william-grater-central-michigan
- ▪ Type of video: Sports broadcast
- ▪ Where does the content appear? Entire video

- ○ URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=ud8_sW4PMWg
- ○ Describe the work allegedly infringed: My company, organization or client's video
  - ▪ Title of video: 141 lbs Cons. Round 4 - Ashton Anderson, Findlay vs Carsen Richards, Lake Erie
  - ▪ Source of video: https://www.flowrestling.org/video/8228132-141-lbs-cons-round-4-ashton-anderson-findlay-vs-carsen-richards-lake-erie
  - ▪ Type of video: Sports broadcast
  - ▪ Where does the content appear? Entire video

- ○ URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=wXQQ7SGG5NA
- ○ Describe the work allegedly infringed: My company, organization or client's video
  - ▪ Title of video: 133 lbs Champ. Round 1 - Lucas Byrd, Illinois vs Gavin Ritter, Findlay
  - ▪ Source of video: https://www.flowrestling.org/video/8226623-133-lbs-champ-round-1-lucas-byrd-illinois-vs-gavin-ritter-findlay
  - ▪ Type of video: Sports broadcast
  - ▪ Where does the content appear? Entire video

- ○ URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=z6Wx0gLIRF0
- ○ Describe the work allegedly infringed: My company, organization or client's video
  - ▪ Title of video: 141 lbs Champ. Round 2 - Jimmy Nugent, Central Michigan vs Jack Severin, University Of Wisconsin

- ▪ Source of
  video: https://www.flowrestling.org/video/8226413-141-lbs-champ-round-2-jimmy-nugent-central-michigan-vs-jack-severin-university-of-wisconsin
- ▪ Type of video: Sports broadcast
- ▪ Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Connor Jaschen

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- 
  o Copyright Owner Name (Company Name if applicable): FloSports
  o Your Full Legal Name (Aliases, usernames or initials not accepted): Connor Jaschen
  o Your Title or Job Position (What is your authority to make this complaint?): Social Media Specialist
  o 
  o Username: FloWrestling
  o Email Address: connor.jaschen@flosports.tv


  o URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=0WMTqDCL3Qw
  o Describe the work allegedly infringed: My company, organization or client's video
    ▪ Title of video: 132 lbs Consi Of 128 #2 - Trevor Husick, PA vs Logan Rozynski, NJ
    ▪ Source of video: https://www.flowrestling.org/video/7182713-132-lbs-consi-of-128-2-trevor-husick-pa-vs-logan-rozynski-nj
    ▪ Type of video: Sports broadcast
    ▪ Where does the content appear? Entire video


  o URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=7f72u9aaofw
  o Describe the work allegedly infringed: My company, organization or client's video
    ▪ Title of video: 120 lbs Prelims - Paul Kelly, CA vs Lucas Barry, MO

6

- Source of
  video: https://www.flowrestling.org/video/7182448-120-lbs-prelims-paul-kelly-ca-vs-lucas-barry-mo
- Type of video: Sports broadcast
- Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: https://www.youtube.com/watch?v=AGHqFKZGhF4
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 120 lbs Consolation - Mason Kernan, PA vs Coleman Nogle, MD
  - Source of
    video: https://www.flowrestling.org/video/7182690-120-lbs-consolation-mason-kernan-pa-vs-coleman-nogle-md
  - Type of video: Sports broadcast
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: https://www.youtube.com/watch?v=HO7vsrei8d0
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 113 lbs Round Of 128 - Matthew Marlow, NY vs Kaden Naame, NJ
  - Source of
    video: https://www.flowrestling.org/video/7183402-113-lbs-round-of-128-matthew-marlow-ny-vs-kaden-naame-nj
  - Type of video: Sports broadcast
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: https://www.youtube.com/watch?v=NG5OZwCMP30
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 138 lbs Consolation - Jake Niffenegger, OH vs Cole Rhemrev, IL
  - Source of
    video: https://www.flowrestling.org/video/7184934-138-lbs-consolation-jake-niffenegger-oh-vs-cole-rhemrev-il
  - Type of video: Sports broadcast

- Where does the content appear? Entire video

- o URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=ZoKRueR03ec
- o Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 126 lbs Prelims - Cory Land, AL vs Billy Meiszner, IL
  - Source of video: https://www.flowrestling.org/video/7182745-126-lbs-prelims-cory-land-al-vs-billy-meiszner-il
  - Type of video: Sports broadcast
  - Where does the content appear? Entire video

- o URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=fbtuaijd_UY
- o Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 126 lbs Quarterfinal - Vincent Robinson, IL vs Kannon Webster, IL
  - Source of video: https://www.flowrestling.org/video/7185462-126-lbs-quarterfinal-vincent-robinson-il-vs-kannon-webster-il
  - Type of video: Sports broadcast
  - Where does the content appear? Entire video

- o URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=iZBlvUkBXXg
- o Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 113 lbs Round Of 64 - Christian Davis, AZ vs Christian Guzman, FL
  - Source of video: https://www.flowrestling.org/video/7182670-113-lbs-round-of-64-christian-davis-az-vs-christian-guzman-fl
  - Type of video: Sports broadcast
  - Where does the content appear? Entire video

- o URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=j6jp_zFKJ74

- o Describe the work allegedly infringed: My company, organization or client's video
  - ▪ Title of video: 120 lbs Prelims - Ian Radintz, WI vs Robert Pavlek, PA
  - ▪ Source of video: https://www.flowrestling.org/video/7182606-120-lbs-prelims-ian-radintz-wi-vs-robert-pavlek-pa
  - ▪ Type of video: Sports broadcast
  - ▪ Where does the content appear? Entire video

- o URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=pcQ06l3OOqI
- o Describe the work allegedly infringed: My company, organization or client's video
  - ▪ Title of video: 126 lbs Consolation - Markel Baker, IL vs Emilio Trujillo-Deen, CO
  - ▪ Source of video: https://www.flowrestling.org/video/7182777-126-lbs-consolation-markel-baker-il-vs-emilio-trujillo-deen-co
  - ▪ Type of video: Sports broadcast
  - ▪ Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Connor Jaschen

- The YouTube Team

Help Center • Email Options

You received this email to provide information and

9

updates around your
YouTube channel or account.



© 2021 Google LLC d/b/a
YouTube, 901 Cherry Ave,
San Bruno, CA 94066

[END COPY OF NOTICE]

Sincerely,
The YouTube Team