# **EXHIBIT E**

# SWANSON, MARTIN & BELL, LLP

**ATTORNEYS AT LAW**
**330 NORTH WABASH • SUITE 3300**
**CHICAGO, ILLINOIS 60611**
**(312) 321-9100 • FAX (312) 321-0990**

**Nicole O'Toole Peterson**
(312) 766-0060

**E-mail:**
npeterson@smbtrials.com

July 13, 2023

<u>**VIA EMAIL**</u>

FloSports
c/o Karen C. Burgess (kburgess@burgesslawpc.com)
Burgess Law, PC
404 W. 13th Street
Austin, TX 78701

    Re:    Litigation Hold Request

Dear Ms. Burgess:

Please be advised that our firm has been retained to represent Nima Gharavi. Please send any and all future correspondence for Mr. Gharavi to our attention going forward. We understand you represent FloSports. Please ensure that FloSports is in receipt of this Litigation Hold letter and confirm receipt.

As you are aware, FloSports has alleged in its Litigation Hold correspondence to Mr. Gharavi that Mr. Gharavi has been posting videos for which he does not retain exclusive media rights, has been promoting videos on his social media pages with graphic thumbnails, and has been distributing them on pornographic websites and/or knowingly monetizing the distribution of child pornography. Mr. Gharavi vehemently denies all such claims and or accusations. As you are also may be aware, FloSports submitted a number of Digital Millennium Copyright Act ("DMCA") takedown notices against Mr. Gharavi on various social media platforms.

In anticipation of any potential litigation regarding this matter, we respectfully request that FloSports takes all necessary affirmative steps to preserve all documents, tangible things, recordings and electronically stored information potentially relevant to the issues of any such potential litigation, including specifically any and all correspondence relating to: Nima Gharavi and/or Right Call Officials, Inc. d/b/a Midwest Wrestle and/or relating to any DMCA takedown noticed made against Mr. Gharavi. FloSports should anticipate that much of the information subject to disclosure or responsive to discovery in this matter may be stored on FloSports' current and former computer systems and other media devices (including personal digital assistants, voice-messaging systems, online repositories and personal recording devices) utilized by FloSports and/or any employee of FloSports.

Electronically stored information (hereinafter "ESI") should be afforded the broadest possible definition and includes (by way of example only) potentially relevant information electronically, magnetically or optically stored as: digital communications (e.g. e-mail, voice mail, instant messaging); word processed documents (e.g. Word or WordPerfect documents and drafts); image and facsimile files (e.g. .pdf, .tiff, .jpg, and .gif files); sound recordings (e.g. .wav and .mp3 files); databases

**EXHIBIT E**

(e.g., Access, Oracle, SQL Server, SAP); online access data (e.g., temporary internet files, history, cookies, ISP tracking data); network access and server activity logs; back up and archival files (e.g. Zip, .gho) and metadata. ESI resides not only in areas of electronic, magnatetic and opital storage media reasonably accessible to FloSports, but also in areas FloSports may deem not reasonably accessible. FloSports is obliged to preserve potentially relevant evidence from both these sources of ESI, even if FloSports does not anticipate producing such ESI.

FloSports is directed to immediately initiate a litigation hold for potentially relevant ESI, documents and tangible things, and to act diligently and in good faith to secure and audit compliance with such litigation hold. Thus, with respect to any and all correspondence relating to: Nima Gharavi and/or Right Call Officials, Inc. d/b/a Midwest Wrestle and/or relating to any DMCA takedown noticed made against Mr. Gharavi from January 1, 2021 to the present, FloSports is directed to cease and desist from (i) purging of the contents (ii) using any data or media wiping, disposal, erasure or encryption utilities or devices (iii) running antiviruses or other programs effecting wholesale metadata alteration; (iv) releasing or purging online storage repositories; (v) using metadata stripper utilities; (vi) disabling server or IM logging and (vii) executing drive or file defragmentation or compression programs.

Adequate preservation of ESI requires more than simply refraining from efforts to destroy or dispose of such evidence. FloSports must also intervene to prevent loss due to routine operations and employ proper techniques and protocols suited to protection of ESI. Be advised that sources of ESI are altered and erased by continued use of computers and other devices. Booting a drive, examining its contents or running any application could irretrievably alter the evidence it contains and may constitute unlawful spoliation of evidence. Consequently, alteration and erasure may result from FloSports' failure to act diligently and responsibly to prevent loss or corruption of ESI.

This demand that FloSports preserve both accessible and inaccessible ESI is reasonable and necessary. I am available to discuss reasonable preservation stems. However, FloSports should not defer preservation steps pending such discussions if ESI may be lost or corrupted as a consequence of delay. Please confirm immediately that FloSports has taken all necessary steps to preserve ESI and tangible documents potentially relevant to this action. Please contact us with any questions concerning this request, including any questions pertaining to the identity of the accounts that should be preserved.

My client is prepared to pursue all necessary remedies to protect his name and intellectual property. As I am sure you can appreciate, litigation is a public, expensive and time-consuming process. We are therefore open to discussing this matter with you in an effort to resolve this dispute in a reasonable manner.  We also ask that you please contact us in to confirm FloSports' compliance with the preservation demand set forth in this correspondence. You can reach us at the above-referenced telephone number.  Thank you for your anticipated cooperation in this matter.

                        Very truly yours,

                        SWANSON, MARTIN & BELL, LLP

                        */s/ Nicole O'Toole Peterson*
                        Attorney for Nima Gharavi

cc:     Nima Gharavi, Jeffrey S. Becker