### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FLOSPORTS, INC. <br><br> Defendant. | C.A. No.: 1:25-cv-01472 - UNA |

### CORPORATE DISCLOSURE STATEMENT
### OF PLAINTIFF RIGHT CALL OFFICIALS, INC.

Plaintiff Right Call Officials, Inc., (hereinafter, "Right Call") hereby submit its disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

1. Right Call is a wholly owned subsidiary, registered to do business in the state of Illinois.

2. No publicly held corporation owns 10% or more of the stock of Right Call.

Respectfully Submitted,

Dated: December 8, 2025

By: */s/ Stephanie A. Fox*
Stephanie A. Fox, Esquire  (DE Bar No. 3165)
Thomas J. Williams, Esquire  (DE Bar No. 6965)
1201 N. Market Street, Ste. 1100
P.O. Box 288
Wilmington, DE 19801
Phone: (302) 425-5177
saf@maronmarvel.com
twilliams@maronmarvel.com

Jeffrey S. Becker (*pro hac vice* forthcoming)
Nicole O'Toole Peterson (*pro hac vice* forthcoming)
Olivia E. Duggins (*pro hac vice* forthcoming)
SWANSON, MARTIN & BELL, LLP

330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
jbecker@smbtrials.com
npeterson@smbtrials.com
oduggins@smbtrials.com

*Attorneys for Plaintiffs*
*NIMA GHARAVI and RIGHT CALL*
*OFFICIALS, INC.*