# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FLOSPORTS, INC. <br><br> Defendant. | C.A. No.: 1:25-cv-01472 - RGA |

## JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT FLOSPORTS, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, that Plaintiffs Nima Gharavi and Right Call Officials, Inc. (hereinafter "Plaintiffs"), by and through their undersigned counsel, and Defendant FloSports, Inc. (hereinafter "Defendant"), by and through its undersigned counsel, hereby jointly agree to a two-week extension of time for Defendant to answer or otherwise respond to the Plaintiffs' Complaint (D.I.1.).

THEREFORE, Defendant shall answer or otherwise respond to Plaintiffs' Complaint on or before January 14, 2026.

| | |
|---|---|
| **BLANKROME LLP** | **MARON MARVEL BRADLEY TARDEY & ANDERSON, LLC** |
| */s/ Anna E. Currier* <br> Anna E. Currier, Esq. (DE Bar No. 6271) <br> 1201 N. Market Street <br> Suite 800 <br> Wilmington, DE 19801 <br> (302) 425-6400 <br> anna.currier@blankrome.com <br> *Attorney for Defendant FloSports, Inc.* | */s/ Stephanie A. Fox* <br> Stephanie A. Fox, Esq. (DE Bar No. 3165) <br> Thomas J. Williams, Esq. (DE Bar No. 6965) <br> 1201 N. Market Street, Suite 1100 <br> Wilmington, DE 19801 <br> Phone: (302) 425-5177 <br> saf@maronmarvel.com <br> twilliams@maronmarvel.com <br> *Attorneys for Plaintiffs Nima Gharavi and Right Call Officials, Inc.* |

                              Jeffrey S. Becker, Esq. (pro hac vice forthcoming)
Nicole O'Toole Peterson, Esq. (pro hac vice forthcoming)
Olivia E. Duggins, Esq. (pro hac vice forthcoming)
Swanson, Martin & Bell, LLC
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
jbecker@smbtrials.com
npeterson@smbtrials.com
oduggins@smbtrials.com
*Attorneys for Plaintiffs Nima Gharavi and Right Call Officials, Inc.*

SO ORDERED, this _____ day of _____ 202__.

 

_____
The Honorable Richard G. Andrews
United States District Court Judge