# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FLOSPORTS, INC. <br><br> Defendant. | C.A. No.: 1:25-cv-01472 - RGA |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Jeffrey S. Becker, Esquire of Swanson, Martin & Bell, LLP, to represent Plaintiffs Nima Gharavi and Right Call Officials, Inc., in this matter.

**MARON MARVEL BRADLEY
ANDERSON & TARDY LLC**

*/s/ Stephanie A. Fox*
Stephanie A. Fox, Esquire (DE Bar No. 3165)
Thomas J. Williams, Esquire (DE Bar No. 6965)
1201 N. Market Street, Ste. 1100
P.O. Box 288
Wilmington, DE 19801
Phone: (302) 425-5177
saf@maronmarvel.com
twilliams@maronmarvel.com
*Attorneys for Plaintiffs Nima Gharavi and Right Call Officials, Inc.*

Date: January 13, 2026

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., | C.A. No.: 1:25-cv-01472 - RGA |
| Plaintiffs, | |
| v. | |
| FLOSPORTS, INC. | |
| Defendant. | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Jeffrey S. Becker, Esquire of Swanson, Martin & Bell, LLP on behalf of Plaintiffs Nima Gharavi and Right Call Officials, Inc., is granted.

Dated: _____    _____
The Honorable Richard G. Andrews
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FLOSPORTS, INC. <br><br> Defendant. | C.A. No.: 1:25-cv-01472 - RGA |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective December 21, 2023, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Jeffrey S. Becker, Esquire
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
jbecker@smbtrials.com

Date: January 12, 2026