IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>FLOSPORTS, INC.,<br><br>        Defendant. | Case No. 1:25-cv-01472 RGA |

## DEFENDANT FLOSPORTS, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE

Defendants FloSports, Inc., by and through its undersigned counsel, file this Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this Motion are set forth in Defendant's accompanying Opening Brief and Memorandum of Law in Support Thereof, which is incorporated herein by reference.

 

**BLANK ROME LLP**

Dated: January 14, 2026.

*/s/ Anna E. Currier*
Adam V. Orlacchio (#5520)
Anna E. Currier (#6271)
1201 N. Market St., Suite 800
Wilmington, DE 19801
(302) 425-6431
adam.orlacchio@blankrome.com
anna.currier@blankrome.com

*Counsel for Defendant FloSports, Inc.*