IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FLOSPORTS, INC.,<br><br>Defendant. | Case No. 1:25-cv-01472 RGA |

**[PROPOSED] ORDER GRANTING DEFENDANT FLOSPORTS, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE**

**AND NOW**, this _____ day of _____ 2026, upon consideration of Defendant FloSports, Inc.'s (the "Defendant's") Motion to Dismiss Plaintiffs' Complaint with Prejudice, their accompanying Opening Brief and Memorandum of Law in Support Thereof, and any response or reply thereto and argument in support thereof, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. Plaintiffs' Complaint is dismissed with prejudice.

BY THE COURT:

_____
The Honorable Richard G. Andrews