IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FLOSPORTS, INC. <br><br> Defendant. | C.A. No.: 1:25-cv-01472 - RGA |

**JOINT STIPULATION AND ORDER SETTING PAGE LIMITS
FOR DEFENDANT FLOSPORTS, INC.'S RESPONSE TO PLAINTIFFS' COMPLAINT**

WHEREFORE, Plaintiffs Nima Gharavi and Right Call Officials, Inc. (hereinafter "Plaintiffs"), by and through their undersigned counsel, and Defendant FloSports, Inc. (hereinafter "Defendant"), by and through their undersigned counsel, previously stipulated and agreed that Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before January 14, 2026 (D.I. 6).

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that any opening or responsive briefing shall have a page limit of **30 pages**, and any reply briefing shall have a page limit of **15 pages**.

| | |
|---|---|
| **BLANK ROME LLP** | **MARON MARVEL BRADLEY TARDEY & ANDERSON, LLC** |
| /s/ Anna E. Currier | /s/ Stephanie A. Fox |
| Anna E. Currier, Esq. (DE Bar No. 6271) <br> 1201 N. Market Street <br> Suite 800 <br> Wilmington, DE 19801 <br> (302) 425-6400 <br> anna.currier@blankrome.com <br> *Attorney for Defendant FloSports, Inc.* | Stephanie A. Fox, Esq. (DE Bar No. 3165) <br> Thomas J. Williams, Esq. (DE Bar No. 6965) <br> 1201 N. Market Street, Ste. 1100 <br> Wilmington, DE 19801 <br> Phone: (302) 425-5177 <br> saf@maronmarvel.com <br> twilliams@maronmarvel.com <br> *Attorneys for Plaintiffs Nima Gharavi and Right Call Officials, Inc.* |

>Jeffrey S. Becker, Esq. (pro hac vice forthcoming)
>Nicole O'Toole Peterson, Esq. (pro hac vice forthcoming)
>Olivia E. Duggins, Esq. (pro hac vice forthcoming)
>Swanson, Martin & Bell, LLC
>330 N. Wabash Avenue, Suite 3300
>Chicago, Illinois 60611
>Phone: (312) 321-9100
>jbecker@smbtrials.com
>npeterson@smbtrials.com
>oduggins@smbtrials.com
>*Attorneys for Plaintiffs Nima Gharavi and Right Call Officials, Inc.*

SO ORDERED, this __14th__ day of __January__ 202_6_ .

/s/ Richard G. Andrews
The Honorable Richard G. Andrews
United States District Court Judge