**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., | C.A. No.: 1:25-cv-01472 - RGA |
| Plaintiffs, | |
| v. | |
| FLOSPORTS, INC. | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I, Stephanie A. Fox, Esquire, do hereby certify on this 28th day of January, 2026, that a true and correct copy of *Plaintiffs Nima Gharavi and Right Call Officials, Inc.'s Memorandum of Law in Opposition to Defendant FloSports Inc.'s Motion to Dismiss Plaintiffs' Complaint* was served via electronic filing through PACER  upon counsel of record.

**MARON MARVEL BRADLEY
ANDERSON & TARDY LLC**

*/s/ Stephanie A. Fox*
Stephanie A. Fox (DE Bar ID No. 3165)
Thomas J. Williams (DE Bar ID No. 6965)
1201 N. Market Street, Ste. 1100
P.O. Box 288
Wilmington, DE 19801
Phone: (302) 472-1739
saf@maronmarvel.com
twilliams@maronmarvel.com