IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>FLOSPORTS, INC.,<br><br>    Defendant. | Case No. 1:25-cv-01472 RGA |

### DEFENDANT FLOSPORTS, INC.'S REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. L.R. 7.1.4, Defendant FloSports, Inc. respectfully requests oral argument before the Court in connection with its Motion to Dismiss (D.I. 13). Briefing on this motion was completed on February 4, 2026 (D.I. 13, 15, 16).

|   |   |
|---|---|
|   | Respectfully Submitted, |
| Dated: February 9, 2025. | **BLANK ROME LLP**<br><br>*/s/ Anna E. Currier*<br>Adam V. Orlacchio (#5520)<br>Anna E. Currier (#6271)<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>(302) 425-6400<br>adam.orlacchio@blankrome.com<br>anna.currier@blankrome.com<br><br>Rachel Schaller (*pro hac vice forthcoming*)<br>444 West Lake Street, Suite 1650<br>Chicago IL 60606<br>(312) 776-2600<br>rachel.schaller@blankrome.com<br><br>*Counsel for Defendant* |