**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation, <br><br> Plaintiffs, <br><br> v. <br><br> FLOSPORTS, INC., <br><br> Defendant. | Case No. 1:25-cv-01472 RGA |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF RACHEL SCHALLER, ESQUIRE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Rachel Schaller, Esq., of Blank Rome, LLP to represent *Defendant FloSports, Inc.* in the above-captioned action.

Dated: February 16, 2026.

**BLANK ROME LLP**

By: */s/ Anna E. Currier*
    Adam V. Orlacchio (#5520)
    Anna E. Currier (#6271)
    1201 N. Market Street, Suite 800
    Wilmington, DE 19801
    (302) 425-6431
    adam.orlacchio@blankrome.com
    anna.currier@blankrome.com

    *Counsel for Defendant
    FloSports, Inc.*