## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FLOSPORTS, INC.,<br><br>Defendant. | Case No. 1:25-cv-01472 RGA |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Illinois pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this case. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 12/21/23, I further certify that the annual fee of $50.00 has been paid to the Clerk of Court or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 16, 2026

By: */s/ Rachel Schaller*
Rachel Schaller, Esq.
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, IL 60606
Telephone: (312) 776-2518
RachelSchaller@blankrome.com