## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that Rachel Schaller's Motion for Admission *pro hac vice* is GRANTED.

IT IS SO ORDERED this _____ day of _____, 2026.


_____
RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

2