## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NIMA GHARAVI, an individual, and
RIGHT CALL OFFICIALS, INC., an
Illinois corporation,

                    Plaintiffs,

      v.

FLOSPORTS, INC.,

                    Defendant.

Case No. 1:25-cv-01472 MAK

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the appearances of Adam V. Orlacchio, Anna E. Currier,

Rachel Schaller and the law firm of Blank Rome LLP are withdrawn, and the appearance of Lauren

P. Russell and the law firm of Ballard Spahr LLP is entered for Defendant FloSports, Inc. in this

matter.

| **BLANK ROME LLP** | **BALLARD SPAHR LLP** |
|---|---|
| */s/ Adam V. Orlacchio* | */s/ Lauren P. Russell* |
| Adam V. Orlacchio (#5520) | Lauren P. Russell (No. 6576) |
| Anna E. Currier (#6271) | 222 Delaware Avenue, 10th Floor |
| 1201 N. Market Street, Suite 800 | Wilmington, DE 19801-3034 |
| Wilmington, DE 19801 | Tel: (202) 661-7605 |
| (302) 425-6431 | Fax: (202) 661-2299 |
| adam.orlacchio@blankrome.com | russelll@ballardspahr.com |
| anna.currier@blankrome.com | |
| | |
| -and – | |
| | |
| Rachel Schaller | |
| 444 West Lake Street, Suite 1650 | |
| Chicago IL 60606 | |
| rachel.schaller@blankrome.com | |
| | |
| *Withdrawing Attorneys for Defendant* | *Substituting Attorney for Defendant* |

Dated: June 1, 2026