**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

NIMA GHARAVI, an individual, and
RIGHT CALL OFFICIALS, INC., an
Illinois corporation,

     Plaintiffs,

  v.

FLOSPORTS, INC.,

     Defendant.

Case No. 1:25-cv-01472 MAK

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

  Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Thomas B. Sullivan of Ballard Spahr LLP to represent Defendant FloSports, Inc., in this matter.

Dated: June 1, 2026

**BALLARD SPAHR LLP**

*/s/ Lauren P. Russell*
Lauren P. Russell (No. 6576)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-3034
Tel: (202) 661-7605
Fax: (202) 661-2299
russelll@ballardspahr.com

*Counsel for Defendant*
*FloSports, Inc.*

**ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
               United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of New York and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Dated: June 1, 2026

_Thomas B. Sullivan_

Thomas B. Sullivan, Esquire
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York , NY 10019-5820
Phone: 212.850.6139
Fax: 212.223.1942
E-Mail: sullivant@ballardspahr.com

2