## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMA GHARAVI, RIGHT CALL OFFICIALS, INC. | : CIVIL ACTION |
| | : |
| | : |
| v. | : NO. 25-1472-MAK |
| | : |
| FLOSPORTS INC. | : |

## ORDER

**AND NOW**, this 2ⁿᵈ day of June 2026, upon considering the noncompliant Motion of Thomas B. Sullivan, Esquire for admission *pro hac vice* (D.I. 22), it is **ORDERED** the noncompliant Motion (D.I. 22), is **DENIED** without prejudice to move compliant with our Policies and Procedures (August 2023) Section I.J.

_____
KEARNEY, J.