**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

NIMA GHARAVI, an individual, and
RIGHT CALL OFFICIALS, INC., an
Illinois corporation,

              Plaintiffs,

    v.

FLOSPORTS, INC.,

              Defendant.

Case No. 1:25-cv-01472 MAK

**AMENDED MOTION FOR ADMISSION *PRO HAC VICE*
OF THOMAS B. SULLIVAN, ESQUIRE**

Pursuant to Local Rule 83.5 and the attached affidavit, counsel moves for the admission *pro hac vice* of Thomas B. Sullivan of Ballard Spahr LLP to represent Defendant FloSports, Inc., in this matter.  In support thereof, the undersigned states the following:

1.      The undersigned is admitted to practice in Delaware and in good standing before this Court.

2.      The undersigned has entered her appearance in this case and acknowledges her continuing obligations under Section I.K. of The Honorable Mark A. Kearney's Policies and Procedures for District of Delaware (August 2023).

3.      FloSports requests that Mr. Sullivan enter his appearance and represent FloSports in this case because of his specialized experience with the defamation and Digital Millenium Copyright Act issues presented herein.

4.      Counsel for Plaintiffs have stated they do not oppose this motion.

Dated: June 4, 2026                              **BALLARD SPAHR LLP**

*/s/ Lauren P. Russell*
Lauren P. Russell (No. 6576)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-3034
Tel: (202) 661-7605
Fax: (202) 661-2299
russelll@ballardspahr.com

*Counsel for Defendant FloSports, Inc.*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

NIMA GHARAVI, an individual, and
RIGHT CALL OFFICIALS, INC., an
Illinois corporation,

               Plaintiffs,

    v.

FLOSPORTS, INC.,

               Defendant.

Case No. 1:25-cv-01472 MAK

**<u>DECLARATION OF THOMAS B. SULLIVAN, ESQ.</u>**

Pursuant to 28 U.S.C. § 1746, THOMAS B. SULLIVAN hereby declares as follows:

1.     I am a partner with the law firm Ballard Spahr LLP, based in the firm's New York, New York office.  I reside in New Jersey.

2.     I do not reside in Delaware, I am not regularly employed in Delaware, and I am not regularly engaged in business, professional, or other similar activities in Delaware.

3.     I am currently admitted, active, and in good standing in the following jurisdictions:

| Court | Year of Admission |
|---|---|
| New Jersey | 2010 |
| New York | 2010 |
| U.S. Court of Appeals, Second Circuit | 2016 |
| U.S. Court of Appeals, Fifth Circuit | 2022 |
| U.S. Court of Appeals, Ninth Circuit | 2022 |
| U.S. District Court, District of Columbia | 2022 |
| U.S. District Court, District of Maryland | 2025 |
| U.S. District Court, District of New Jersey | 2015 |
| U.S. District Court, Eastern District of New York | 2011 |
| U.S. District Court, Northern District of New York | 2015 |
| U.S. District Court, Southern District of New York | 2011 |
| U.S. District Court, Western District of New York | 2020 |
| U.S. Tax Court | 2017 |

4.      I have never been suspended from the practice of law in any jurisdiction or received a public reprimand by the highest disciplinary authority of any Bar in which I have been a member.

5.      I have read the most recent edition of the Delaware Rules of Professional Conduct, the Local Rules of this Court, and this Court's Policies and agree to be bound by them for the duration of the above-captioned case.

6.      If granted *pro hac vice* status, I will in good faith continue to advise Ms. Russell of the current status of the case and of all material developments in the case.

Dated: June 3, 2026

Thomas B. Sullivan, Esquire
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York , NY 10019-5820
Phone: 212.850.6139
Fax: 212.223.1942
E-Mail: sullivant@ballardspahr.com

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>         Plaintiffs,<br><br>   v.<br><br>FLOSPORTS, INC.,<br><br>         Defendant. | Case No. 1:25-cv-01472 MAK |

**[PROPOSED] ORDER GRANTING MOTION
FOR ADMISSION *PRO HAC VICE* OF THOMAS B. SULLIVAN, ESQUIRE**

Upon consideration of the Amended Motion for Admission for Admission *Pro Hac Vice*, D.I. 25, of Lauren P. Russell Esq., of Ballard Spahr LLP ("Movant"), attorney for defendant FloSports, Inc., for the *pro hac vice* admission of Thomas B. Sullivan, Esq., pursuant to Local Rule 83.5; and Mr. Sullivan's affidavit in support of the motion, which reflects that he satisfies the requirements set forth in both the Local Rules and Judge Mark A. Kearney's individual procedures; and there being no objection to this motion; and for good cause shown, it is hereby

**ORDERED** that the Amended Motion for the Admission of Thomas B. Sullivan, Esq., *pro hac vice* is hereby **GRANTED.**

Dated: _____        _____

                                         The Honorably Mark A. Kearney