**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NIMA GHARAVI, RIGHT CALL OFFICIALS, INC. | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | NO. 25-1472-MAK |
| | : | |
| FLOSPORTS INC. | : | |

## ORDER

**AND NOW**, this 7th day of July 2026, having deferred ruling on the Motion to dismiss (D.I. 12) following our designation (D.I. 20) pending Judge Jantz's repeated and diligent efforts to resolve claims in the earlier pending matter *Gharavi, et al v. FloSports Inc., et al,* No. 1:24-1969 (N.D.Ill.), and now relying upon Judge Jantz's June 15, 2026 docket entry (ECF 179) reporting an impasse concluding extended settlement discussions, it is **ORDERED** Plaintiff shall file a joint status memorandum not exceeding seven pages by no later than **July 14, 2026** including addressing the issues resolved at the close of discovery in the earlier matter (including what state law the parties applied) and summarizing each party's position as to dismissal of one or more claims before us.

_____
**KEARNEY, J.**