**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NIMA GHARAVI, RIGHT CALL OFFICIALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FLOSPORTS, INC., <br><br> Defendant. | NO. 25-1472-MAK |

**JOINT STATUS REPORT**

NOW COME Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC. (collectively, "Plaintiffs") and Defendant, FLOSPORTS, INC., ("FloSports"), by and through counsel, who hereby submit this Joint Status Report in accordance with the Court's order (D.I. 27).

1. **Status of *Gharavi, et al v. FloSports Inc.*, et al, No. 1:24-cv-1969 (N.D. Ill.) and the completion of fact discovery.**

On March 8, 2024, Plaintiffs initiated the action, *Gharavi, et al. v. FloSports, Inc., et al.*, No. 1:24-cv-01969, in the Northern District of Illinois (hereinafter the "Illinois Matter") against several defendants, including FloSports. (D.I. 1). On May 15, 2024, FloSports, Christian Pyles, and Jon Kozak moved to dismiss the claims against them for lack of personal jurisdiction under Rule 12(b)(2) and for failure to state a claim under Rule 12(b)(6). (D.I. 31). On March 14, 2025, the Illinois Court granted the motion on personal-jurisdiction grounds and dismissed FloSports, Pyles, and Kozak from the Illinois Matter. (D.I. 80). The Illinois court did not reach FloSports' Rule 12(b)(6) arguments or otherwise adjudicate the merits of Plaintiffs' claims against FloSports.

.

The Illinois Matter continues against the only remaining non-defaulted defendant, Patrick Mineo. Fact discovery has been completed, except for any discovery that may result from Plaintiffs' pending motion to compel against Mr. Mineo, which remains under advisement. (D.I. 174, 179). Settlement discussions referenced in recent orders in the Illinois Matter were limited exclusively to Plaintiffs and Mr. Mineo, and they did not involve FloSports. Settlement efforts with Mr. Mineo have reached an impasse, and the parties remaining in the Illinois Matter anticipate proceeding to dispositive motion practice. (D.I. 179).

2.    **Application of state law.**  All parties applied Illinois law to the claims in the Illinois Matter.

3.    **Position as to dismissal.** FloSports' Motion to Dismiss (D.I. 12) remains pending before this Court. Plaintiffs presently do not intend to voluntarily dismiss any claim in this action, and the parties remain committed to litigating their respective claims and defenses. If the motion is denied, FloSports may add affirmative causes of action against Plaintiffs. The parties are scheduled to conduct a conference pursuant to Fed. R. Civ. P. 26 on July 14, 2026, where the parties will discuss whether discovery should proceed while FloSports' Motion to Dismiss is pending and, if discovery is to proceed at this time, an appropriate schedule for discovery and further proceedings in this action.

Respectfully Submitted,

Dated:  July 14, 2026

*Stephanie A. Fox*
Stephanie A. Fox (DE Bar ID No. 3165)
MARON MARVEL BRADLEY
ANDERSON & TARDY LLC
1201 N. Market Street, Ste. 1100
P.O. Box 288
Wilmington, DE 19801
Phone: (302) 472-1739
saf@maronmarvel.com

2

Jeffrey S. Becker (pro hac vice)
Nicole O'Toole Peterson (pro hac vice)
Olivia E. Duggins (pro hac vice)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
jbecker@smbtrials.com
npeterson@smbtrials.com
oduggins@smbtrials.com
**Attorneys for Plaintiffs**


*/s/ Lauren P. Russell*
Lauren P. Russell (No. 6576)
BALLARD SPAHR LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-3034
Tel: (202) 661-7605
Fax: (202) 661-2299
russelll@ballardspahr.com

Thomas B. Sullivan (pro hac vice)
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 850-6139
Fax: (212) 223-1942
sullivant@ballardspahr.com
**Attorneys for Defendant**

3