## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NIMA GHARAVI and RIGHT CALL
OFFICIALS, INC.,

                    Plaintiffs,

v.

FLOSPORTS, INC.

                    Defendant.

C.A. No.: 1:25-cv-01472 - MAK

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW the appearance of Thomas J. Williams, Esquire, as attorney for

Plaintiff Nima Gharavi and Right Call Officials, Inc., regarding the above-captioned action.  Mr.

Williams is no longer an employee of Maron Marvel Bradley Anderson & Tardy LLC.

Dated: August 4, 2026

**MARON MARVEL BRADLEY
  ANDERSON & TARDY LLC**


*/s/ Stephanie A. Fox*
Stephanie A. Fox (DE Bar ID No. 3165)
1201 North Market Street, Suite 1100
Wilmington, DE  19899-0288
Telephone: (302) 425-5177
Facsimile: (302) 425-0180
saf@maronmarvel.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Stephanie A. Fox, Esquire, do hereby certify that on this 4th day of August, 2026, a true and correct copy of the foregoing *Notice of Withdrawal of Appearance* was served by electronic filing via PACER upon all counsel of record.

**MARON MARVEL BRADLEY
ANDERSON & TARDY LLC**

*/s/ Stephanie A. Fox*
Stephanie A. Fox, Esq. (Bar ID 3165)
1201 N. Market Street, Suite 1100
Wilmington, DE 19801
(302) 472-5177
(302) 425-0180
saf@maronmarvel.com
*Attorney for Plaintiffs*