**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **NIMA GHARAVI, RIGHT CALL OFFICIALS, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-1472-MAK** |
| | : | |
| **FLOSPORTS INC.** | : | |

# ORDER

**AND NOW**, this 23rd day of September 2026, upon considering Defendant's Motion to dismiss (D.I. 12), Plaintiffs' Opposition (D.I. 15), Defendant's Reply (D.I. 16), the parties' joint status report confirming they wish to proceed (D.I. 28), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT in part** and **DENY in part** Defendant's Motion (D.I. 12) requiring we:

1. **Dismiss**:

a. without prejudice Plaintiff's claims for defamation (Count I), invasion of privacy by false light (Count II), tortious interference with prospective business relationships (Count IV), misrepresentation under 17 U.S.C § 512(f) (Count VII), and unjust enrichment (Count VIII) subject to further pleading consistent with deadlines set in our trial scheduling Order set after an initial pretrial conference (as being scheduled today for after Defendant's Answer);

b. with prejudice Plaintiff's claim for intentional infliction of emotional distress (Count III);

2. **Grant** Defendant leave to answer Plaintiff's claims for tortious interference with contractual relations (Count V) and violation of the Uniform Deceptive Trade Practices Act (Count VI) by no later than **October 9, 2026.**

**KEARNEY, J.**