**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FLOSPORTS, INC.,<br><br>Defendant. | C.A. No.: 1:25-cv-01472-MAK |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on September 23, 2026, upon the attorneys of record as indicated below:

Proof of Service – Joseph Corsini

Dated: September 23, 2026

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

*/s/ Stephanie A. Fox*
Stephanie A. Fox (Bar No. 3165)
1201 North Market Street, Suite 1100
P.O. Box 288
Wilmington, DE 19899-0288
Telephone: (302) 425-5177
Facsimile: (302) 425-0180
saf@maronmarvel.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Stephanie A. Fox, Esquire, do hereby certify that on September 23, 2026, a true and correct copy of the foregoing Notice of Service was served by electronic filing via PACER upon all counsel of record.

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

*/s/ Stephanie A. Fox*

Stephanie A. Fox, Esq. (Bar ID 3165)
1201 N. Market Street, Suite 1100
Wilmington, DE 19801
(302) 472-5177
(302) 425-0180
saf@maronmarvel.com
Attorney for Plaintiffs

Civil Action No. **1:25-cv-01472-MAK**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for **Joseph Corsini**
on **9/17/2026:**

[X] I served the subpoena by delivering a copy to the named person as follows: **8130 Redlands St, Apt 9, Playa Del Rey, CA 90293** on **09/18/2026 at 4:12 PM**

**I delivered the documents, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; ATTACHMENT A; DOCUMENT REQUESTS, to Joseph Corsini with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 45-55 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**; or

[ ] I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

**$ 0.00**

My fees are **$ 0.00** for travel and **$ 160.00** for services, for a total of **$ 160.00**.

I declare under penalty of perjury that this information is true.

Date: 09/18/2026

[signature]

*Server's signature*

**Kyle Gridley**

*Printed name and title*

**5217 Hollywood Blvd**
**216**
**Los Angeles, CA 90027**

*Server's address*

Additional information regarding attempted service, etc:

Tracking #: **0242529017**