**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NIMA GHARAVI, and RIGHT CALL OFFICIALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FLOSPORTS, INC.,<br><br>Defendant. | C.A. No.: 1:25-cv-01472 MAK |

## NOTICE OF SERVICE

I, Stephanie A. Fox, Esquire, hereby certify that on this 21st day of October, 2026, a true and correct copy of *Plaintiffs Nima Gharavi and Right Call Officials, Inc.'s Rule 26(a)(I) Initial Disclosures and Document Production P0001-00141* were served upon all counsel of record via email on October 14, 2026.

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

*/s/ Stephanie A. Fox*

Stephanie A. Fox, Esquire (DE Bar ID No. 3165)
1201 North Market Street, Suite 1100
Wilmington, DE 19899-0288
Telephone: (302) 425-5177
Facsimile: (302) 425-0180
saf@maronmarvel.com
*Attorney for Plaintiffs*