**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FLOSPORTS, INC.<br><br>Defendant. | C.A. No.: 1:25-cv-01472 - MAK |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached declaration, counsel moves the admission *pro hac vice* of William D. Patterson of Swanson, Martin & Bell, LLP, to represent Plaintiffs Nima Gharavi and Right Call Officials, Inc., in this matter. In support thereof, the undersigned states the following:

1. The undersigned is admitted to practice in Delaware and is in good standing before this Court.

2. The undersigned has entered her appearance in this case and acknowledges her continuing obligations under Section I.K. of The Honorable Mark A. Kearney's Policies and Procedures for District of Delaware (August 2023).

3. Nima Gharavi and Right Call Officials, Inc. request that Mr. Patterson enter his appearance and represent Nima Gharavi and Right Call Officials, Inc. in this case because of his specialized experience with defamation issues presented herein.

4. Counsel for Defendant has stated they do not oppose this motion.

**SIGNATURE ON NEXT PAGE**

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

*/s/ Stephanie A. Fox*

Stephanie A. Fox, Esquire (DE Bar No. 3165)
1201 N. Market Street, Ste. 1100
P.O. Box 288
Wilmington, DE 19801
Phone: (302) 425-5177
saf@maronmarvel.com
*Attorney for Plaintiffs Nima Gharavi and Right Call Officials, Inc.*

Date: October 21, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FLOSPORTS, INC.<br><br>Defendant. | C.A. No.: 1:25-cv-01472 - MAK |

**DECLARATION OF WILLIAM D. PATTERSON, ESQUIRE**

Pursuant to 28 U.S.C. § 1746, WILLIAM D. PATTERSON, hereby declares as follows:

1. I am a partner with the law firm Swanson, Martin & Bell, LLP, based in the firm's Illinois office. I reside in Illinois.

2. I do not reside in Delaware, I am not regularly employed in Delaware, and I am not regularly engaged in business, professional, or other similar activities in Delaware.

3. I am currently admitted, active and in good standing in the State of Illinois.

4. I have never been suspended from the practice of law in any jurisdiction or received a public reprimand by the highest disciplinary authority of any Bar in which I have been a member.

5. I have read the most recent edition of the Delaware Rules of Professional Conduct, the Local Rules of this Court, and this Court's Policies and agree to be bound by them for the duration of the above-captioned case.

6. If granted *pro hac vice* status, I will in good faith continue to advise Ms. Fox of the current status of the case and of all material developments in the case.

William D. Patterson, Esquire
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
wpatterson@smbtrials.com

Date: October 21, 2026.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FLOSPORTS, INC.<br><br>Defendant. | C.A. No.: 1:25-cv-01472 - MAK |

**[PROPOSED] ORDER GRANTING MOTION**
**FOR ADMISSION *PRO HAC VICE* OF WILLIAM D. PATTERSON, ESQUIRE**

Upon consideration of the Motion for Admission *Pro Hac Vice* by Stephanie A. Fox, Esquire, of Maron Marvel Bradley Anderson & Tardy LLC ("Movant"), attorney for Plaintiff Nima Gharavi and Right Call Officials, Inc., for the *pro hac vice* admission of William D. Patterson, Esquire, pursuant to Local Rule 83.5; and Mr. Patterson's declaration in support of the motion, which reflects that he satisfies the requirements set forth in both the Local Rules and Judge Mark A. Kearney's individual procedures; and there being no objection to this motion; and for good cause shown, it is hereby

**ORDERED** that the Motion for the Admission of William D. Patterson, Esquire, *pro hac vice* is hereby **GRANTED**.

Dated: ____________________

______________________________________
The Honorable Mark A. Kearney