**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,

Plaintiffs,

v.

FLOSPORTS, INC.,

Defendant.

Case No. 1:25-cv-01472 MAK

**NOTICE OF SERVICE**

I hereby certify that on October 14, 2026, I caused Defendant FloSports Inc.'s Rule 26(a)(I) Initial Disclosures and its initial document production to be served upon all counsel of record via email.

Dated: October 21, 2026

BALLARD SPAHR LLP

*/s/ Lauren P. Russell*

Lauren P. Russell (No. 6576)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-3034
Tel: (202) 661-7605
Fax: (202) 661-2299
russelll@ballardspahr.com

Thomas B. Sullivan (*pro hac vice*)
1675 Broadway, 19th Floor
New York , NY 10019-5820
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

*Counsel for Defendant FloSports, Inc.*