**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **NIMA GHARAVI, RIGHT CALL OFFICIALS, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-1472-MAK** |
| | : | |
| **FLOSPORTS INC.** | : | |

# ORDER

**AND NOW**, this 21st day of October 2026, upon considering the Motion of William D. Patterson, Esquire for admission *pro hac vice* (D.I. 36), and good cause shown consistent with the Local Rules and our Policies, it is **ORDERED** the unopposed Motion (D.I. 36) is **GRANTED** and William D. Patterson, Esquire is admitted to practice in this case in this Court under Local Rule 83.5.

**KEARNEY, J.**