**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **NIMA GHARAVI, RIGHT CALL OFFICIALS, INC.** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 25-1472-MAK** |
| **FLOSPORTS INC.** | : | |

# ORDER

**AND NOW**, this 23rd day of October 2026, following today's pretrial conference where counsel consented to the entry of an Order under Federal Rule of Evidence 502(d), it is **ORDERED** a party's disclosure in this litigation of a communication or information covered by the attorney-client privilege or entitled to work-product protection does not constitute a waiver of such privilege or protection either in this litigation or in any other federal or state proceeding.

**KEARNEY, J.**