**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FLOSPORTS, INC.,<br><br>Defendant. | C.A. No.: 1:25-cv-01472-MAK |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the Proof of Service for Sara Koenig and David Barker was caused to be served on October 27, 2026, upon the attorneys of record.

Dated: October 27, 2026

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

*/s/ Stephanie A. Fox*
Stephanie A. Fox (Bar No. 3165)
1201 North Market Street, Suite 1100
P.O. Box 288
Wilmington, DE 19899-0288
Telephone: (302) 425-5177
Facsimile: (302) 425-0180
saf@maronmarvel.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Stephanie A. Fox, Esquire, do hereby certify that on October 27, 2026, a true and correct copy of the foregoing Notice of Service was served by electronic filing via PACER upon all counsel of record.

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

*/s/ Stephanie A. Fox*
Stephanie A. Fox, Esq. (Bar ID 3165)
1201 N. Market Street, Suite 1100
Wilmington, DE 19801
(302) 472-5177
(302) 425-0180
saf@maronmarvel.com
Attorney for Plaintiffs

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:25-cv-01472-MAK

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* Sara Koenig
on *(date)* 10/22/2026 .

☐ I served the subpoena by delivering a copy to the named person as follows: to Sara Koenig at the Super 32 Challenge at the Greensboro Special Events Center 1921 W. Gate City Blvd, Greensboro, NC 27403 on *(date)* 10/23/2026 3:25 pm ; or

☐ I returned the subpoena unexecuted because: ______________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ ______________ .

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/23/2026

Michael Fey
*Server's signature*

Michael Fey, Process Server
*Printed name and title*

1183 University Dr #105-414, Burlington NC 27215
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:25-cv-01472-MAK

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* David Barker
on *(date)* 10/22/2026 .

☒ I served the subpoena by delivering a copy to the named person as follows: David Barker at the Super 32 Challenge at the Greensboro Special Events Center, 1921 W. Gate City Blvd, Greensboro NC 27403 on *(date)* 10/23/2026 3:30 pm ; or

☐ I returned the subpoena unexecuted because: ______ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ ______ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/23/2026

Michael Fey
*Server's signature*

Michael Fey, Process Server
*Printed name and title*

1183 University Dr #105-414, Burlington NC 27215
*Server's address*

Additional information regarding attempted service, etc.: