**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FLOSPORTS, INC.,<br><br>Defendant. | Case No. 1:25-cv-01472 MAK |

**NOTICE OF SERVICE**

I hereby certify that on November 3, 2026, I caused the following to be served upon all counsel of record via email:

1. FloSports, Inc.'s First Set of Interrogatories to Plaintiff Nima Gharavi
2. FloSports, Inc.'s First Set of Interrogatories to Plaintiff Right Call Officials, Inc.
3. FloSports, Inc.'s First Set of Requests for Production to Plaintiff Nima Gharavi
4. FloSports, Inc.'s First Set of Requests for Production to Plaintiff Right Call Officials, Inc.

Dated: November 3, 2026

BALLARD SPAHR LLP

*/s/ Lauren P. Russell*
Lauren P. Russell (No. 6576)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-3034
Tel: (202) 661-7605
Fax: (202) 661-2299
russelll@ballardspahr.com

Thomas B. Sullivan (*pro hac vice*)
1675 Broadway, 19th Floor
New York , NY 10019-5820
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

*Counsel for Defendant FloSports, Inc.*