**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **NIMA GHARAVI, RIGHT CALL OFFICIALS, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-1472-MAK** |
| | : | |
| **FLOSPORTS INC.** | : | |

# ORDER

**AND NOW**, this 5th day of November 2026, with all parties' consent to the appointment of the Honorable Christopher C. Conner (Ret.) to serve as a Special Discovery Master, finding good cause, and the agreed Master confirming no ground warranting disqualification but allowing counsel to promptly inquire, it is **ORDERED** we **appoint** the Hon. Christopher C. Conner (Ret.) as a Rule 53 Special Master to serve in accord with his normal terms of retention until further Order requiring:

1. The Clerk of Court add the Hon. Christopher C. Conner (Ret.). (cconner@saxtonstump.com) of the Bar of this Court on the docket for service purposes;

2. Plaintiffs contact Special Master Conner no later than **November 11, 2026** to confirm a joint conference setting mediation protocol and first mediation sessions;

3. Special Master Conner file a Rule 53 (b)(3)(A) affidavit of no conflicts by no later than **November 9, 2026**;

4. The parties jointly compensate (50% each) Special Master Conner for his services in accord with his standard retention terms unless the Special Master finds good cause to alter the split allocation of financial responsibility; and,

**5.** Plaintiffs email to Chambers joint status reports not exceeding three pages on or before **November 23, 2026**, **December 17, 2026**, and **January 22, 2027** describing in general terms the parties' progress in resolving their dispute with Special Master Conner's ongoing assistance.

**KEARNEY, J.**