**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **NIMA GHARAVI, RIGHT CALL OFFICIALS, INC.** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO. 25-1472-MAK** |
| | : | |
| **FLOSPORTS, INC.** | : | |

**<u>DECLARATION OF NO CONFLICTS</u>**

I, Christopher C. Conner, Esquire, in compliance with this Court's Order dated November 5, 2026, declare that I have conducted a thorough conflict check through the data system of the law firm of Saxton & Stump as well as through a survey of all firm attorneys, and that I am unaware of any potential conflicts of interest that would preclude my impartial performance of duties as a Special Master. I make this declaration to the best of my knowledge, information, and belief, subject to the penalties of perjury.

Respectfully submitted,

**SAXTON & STUMP**

*s/ Christopher C. Conner*

Christopher C. Conner (PA I.D. 36407)
4250 Crums Mill Rd., Ste. 201
Harrisburg, PA 17112
Telephone: (717) 216-5505
cconner@saxtonstump.com

Dated: November 5, 2026