**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FLOSPORTS, INC.<br><br>Defendant. | C.A. No.: 1:25-cv-01472 - MAK |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiffs Nima Gharavi ("Mr. Gharavi") and Right Call Officials, Inc. ("Right Call") (collectively, "Plaintiffs"), respectfully move the Court for a brief extension of the deadline to file their motion for leave to file an amended complaint. In support, Plaintiffs state as follows:

1. Under this Court's Scheduling Order (D.I. 42), Plaintiffs' motion for leave to file an amended complaint is due today, November 12, 2026.

2. Plaintiffs have sent their motion for leave to amend and proposed amended complaint to Defense Counsel.

3. The Court's policies and procedures require Plaintiffs to include Defendants' position on the motion. However, due to a national Microsoft Outlook outage, Defense Counsel is unable to provide that position by today's deadline.

4. The parties conferred by telephone on November 12, 2026. Defense Counsel agreed to a one-day extension to account for the outage.

5. This motion is made in good faith and not for delay. The short extension will not prejudice any party or affect any other deadline in the Scheduling Order.

WHEREFORE, Plaintiffs respectfully request the Court to extend the deadline for Plaintiffs to file their motion for leave to file an amended complaint to November 13, 2026.

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

*/s/ Stephanie A. Fox*
Stephanie A. Fox, Esquire (DE Bar No. 3165)
1201 N. Market Street, Suite 1100
P.O. Box 288
Wilmington, DE 19801
Phone: (302) 425-5177
saf@maronmarvel.com
*Attorneys for Plaintiffs Nima Gharavi and Right Call Officials, Inc.*

**CERTIFICATE OF SERVICE**

I, Stephanie A. Fox, Esquire, do hereby certify on this 12th day of November, 2026, that a true and correct copy of the *Plaintiffs' Unopposed Motion for Extension of Time to File Motion for Leave to Amend Complaint* was served via electronic filing through PACER upon counsel of record.

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

*/s/ Stephanie A. Fox*
Stephanie A. Fox (DE Bar ID No. 3165)
1201 N. Market Street, Ste. 1100
P.O. Box 288
Wilmington, DE 19801
Phone: (302) 472-1739
saf@maronmarvel.com