**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **NIMA GHARAVI, RIGHT CALL OFFICIALS, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-1472-MAK** |
| | : | |
| **FLOSPORTS INC.** | : | |

# ORDER

**AND NOW**, this 13th day of November 2026, upon considering Plaintiffs' unopposed Motion (D.I. 48) to amend their obligations under our October 23, 2026 Order (D.I. 42), and finding good cause for the brief extension based on a global outage of email servers, it is **ORDERED** we **GRANT** Plaintiffs' unopposed Motion (D.I. 48) requiring we **amend** paragraph two of our October 23, 2026 Order (D.I. 42) to grant Plaintiffs leave to move to amend compliant with our Policies by no later than **November 13, 2026** with all other aspects of our October 23, 2026 Order (D.I. 42) remaining in effect.

**KEARNEY, J.**