**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FLOSPORTS, INC.,<br><br>Defendant. | C.A. No.: 1:25-cv-01472-MAK |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the Proof of Service for John Davidson was caused to be served on November 17, 2026, upon the attorneys of record.

Dated: November 17, 2026

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

*/s/ Stephanie A. Fox*
Stephanie A. Fox (Bar No. 3165)
1201 North Market Street, Suite 1100
P.O. Box 288
Wilmington, DE 19899-0288
Telephone: (302) 425-5177
Facsimile: (302) 425-0180
saf@maronmarvel.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Stephanie A. Fox, Esquire, do hereby certify that on November 17, 2026, a true and correct copy of the foregoing Notice of Service was served by electronic filing via PACER upon all counsel of record.

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

*/s/ Stephanie A. Fox*
Stephanie A. Fox, Esq. (Bar ID 3165)
1201 N. Market Street, Suite 1100
Wilmington, DE 19801
(302) 472-5177
(302) 425-0180
saf@maronmarvel.com
Attorney for Plaintiffs