# WAYNE COUNTY SHERIFF'S DEPARTMENT

CHRISTOPHER ROSLER, SHERIFF

**925 COURT STREET**
**HONESDALE, PA 18431**

**PHONE: (570)253-2641**
**FAX: (570)253-4092**

COPY

## SHERIFF'S RETURN OF SERVICE

Place of Origin: District Court, DE    Type of Writ or Complaint: Subpoena

Court Number: 1:25-01472-MAK-Civil-2026

Plaintiff/s/: Nima Gharavi, et al.
Defendant/s/: **John Davidson**
Plaintiff Atty: Stephanie A. Fox

Name of Entity to Serve: John Davidson
Address: 5579 River Road
EQUINUNK, PA 18417
Place of Service: 5579 River Road EQUINUNK, PA 18417-
Date and time of Service: November 4, 2026 9:49 am

---

I hereby CERTIFY and RETURN that I, Maurice Williams, Deputy, have personally served the writ or complaint described upon the above named individual, company, corporation, etc., at the place of service shown above.

Witness my hand and seal of office at Honesdale, Pennsylvania this 9th day of November, 2026. So Answers Christopher Rosler, Sheriff.

Maurice Williams, Deputy

Christopher Rosler
Sheriff of Wayne County

lb

Sworn to and subscribed before me

this 10th day of November 2026

Linda Billard

Commonwealth of Pennsylvania - Notary Seal
Linda Billard, Notary Public
Wayne County
My commission expires July 13, 2027
Commission number 1233576
Member, Pennsylvania Association of Notaries